**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| DERRICK ARNOLD,<br>    Plaintiff,<br><br>    v.<br><br>PAUL BROWN STADIUM LTD, et al.,<br>    Defendants. | Case Nos. 1:20-cv-558, 1:22-cv-485<br>McFarland, D.J.<br>Litkovitz, M.J.<br><br><br>**ORDER** |

This matter came before the Court on Tuesday, March 28, 2023, for a telephone status conference. By agreement of the parties, and with the consent of the Court, the Calendar Order is hereby **STAYED**. At the next status conference on Thursday, May 11, 2023, at 3:00 p.m., the Court will establish new scheduling deadlines in this case.

    **IT IS SO ORDERED.**


Date:_3/28/2023___

                                Karen L. Litkovitz
                                Chief United States Magistrate Judge